

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-10-151-CV

IN RE TEXSAND                                                    RELATOR
DISTRIBUTORS, LP

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: MCCOY and GARDNER, JJ.

DELIVERED: June 1, 2010

---

[1]*See* Tex. R. App. P. 47.4.